Michael B. LESANE, a/k/a Michael Bernard Lesane, Plaintiff—Appellant,

v.

William BYERS, Department of Corrections Director; Anthony J. Padula, Warden; James Dean, Major; A. Pinkney, Captain; B. Durant, Lieutenant; Sergeant Epps; Lieutenant Commandeer; Lieutenant Goodman; Officer Lighty, et al; Doctor Stein; Nurse Fulton; Nurse Scott; Nurse Floyd; Nurse McCallaster, et al, Defendants–Appellees.

No. 14–7761.

United States Court of Appeals, Fourth Circuit.

Submitted: May 8, 2015.

Decided: May 20, 2015.

Michael B. Lesane, Appellant Pro Se. David Cornwell Holler, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina, for Appellees.

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael B. Lesane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lesane v.* Byers, No. 2:12–cv–00508–JMC, 2014 WL 5590904 (D.S.C. Nov. 3, 2014). We deny Lesane's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*